UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/09
```

VARSITY BRANDS, INC., VARSITY
SPIRIT FASHIONS AND SUPPLIES, INC.
and VARSITY SPIRIT CORPORATION,

　　　　　　　　　Plaintiffs,

　　　- against -

STAR PERFORMANCE COSMETICS, ALL
ABOUT CHEER, MSPOMPON CO. LTD.,
WELL CHANCE CO., LTD., CINDY
EDWARDS, JOHN DOES, JANE DOES and
XYZ COMPANIES,

　　　　　　　　　Defendants.

**ORDER**

08 Civ. 09337 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

　　　Plaintiffs' time to serve the Complaint on Defendants Mspompon Co. Ltd., Well Chance Co., Ltd., Jane Does, John Does and XYZ Companies is hereby extended to April 2, 2009. The time for Defendants Cindy Edwards, Star Performance Cosmetics and All About Cheer to answer or otherwise respond to the Complaint is hereby extended to April 3, 2009.

　　　All parties shall appear by telephone for a status conference on **April 3, 2009** at **10:00 a.m.**

Dated: New York, New York
　　　　February 25, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Copy to:
Cindy Edwards
1483 Country Mansion Court
Apopka, FL  32703